*James M. Ralls*, assistant state's attorney, in opposition.

Decided July 17, 2002

LITCHFIELD ASSET MANAGEMENT CORPORATION *v.* MARY ANN HOWELL ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 70 Conn. App. 133 (AC 21465), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Michael S. McKenna*, in support of the petition.

*Scott M. Charmoy*, in opposition.

Decided July 17, 2002

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.